No. 41888.—Protest 142173–G of Salem Shawiry (New York).

Opinion by TILSON, J. From the record it was found that certain items consist of laces similar to those involved in *Amrein* v. *United States* (T. D. 49551). The claim at 75 percent under paragraph 1430 was therefore sustained.

BEFORE THE SECOND DIVISION, AUGUST 7, 1939

No. 41889.—Protest 172468–G of Salem Shawiry (New York).

Opinion by TILSON, J. In accordance with agreement of counsel that the merchandise consists of laces similar to those involved in *Amrein* v. *United States* (T. D. 49551) the claim at 75 percent under paragraph 1430 was sustained.

No. 41890.—Protest 190554–G of A. J. Bracher & Co. (New York).

Opinion by TILSON, J. The claim as embroidered articles at 75 percent ad valorem under paragraph 1430 was sustained.

No. 41891.—Protest 177949–G of American Express Co. (New York).

Opinion by TILSON, J. The record showed that certain items consist of laces similar to those involved in *Amrein* v. *United States* (T. D. 49551). The claim at 75 percent under paragraph 1430 was sustained.

No. 41892.—Protest 190975–G of S. Shawiry (New York).

Opinion by TILSON, J. The record showed that certain items consist of laces similar to those involved in *Amrein* v. *United States* (T. D. 49551). The claim at 75 percent under paragraph 1430 was sustained.

No. 41893.—Protest 159634–G of R. H. Macy & Co., Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40) Normandy laces were held dutiable at 75 percent under paragraph 1430. Embroidered shirts and dresses similar to those involved in *United States* v. *Smith* (12 Ct. Cust. Appls. 384, T. D. 40544) and lace window curtains similar to those the subject of *Billwiller* v. *United States* (T. D. 44911) were held dutiable at 75 percent under paragraph 1430. Artificial flowers the same as those the subject of *Robinson-Goodman* v. *United States* (17 C. C. P. A. 149, T. D. 43473) were held dutiable at 60 percent under paragraph 1419.